UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RAGE RENEE BROUSSARD II** | **CASE NO. 6:20-CV-00896** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WALMART INC ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, Plaintiff's Re-Urged Motion to Remand [ECF No. 21] is DENIED. Plaintiff's claims against Lafayette City-Parish Consolidated Government are hereby DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 26th day of July, 2021.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**